# United States District Court
# Western District of Washington

JOSEPH A. KENNEDY

Plaintiff(s)

V.

BREMERTON SCHOOL DISTRICT

Defendant(s)

Case Number: 16-05694

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, Rebekah Perry Ricketts hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Joseph A. Kennedy

The particular need for my appearance and participation is:

I am an attorney at Gibson, Dunn & Crutcher LLP and lead counsel in this matter.

I, Rebekah Perry Ricketts understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: Aug 9, 2016  Signature of Applicant: s/ Rebekah Perry Ricketts

Pro Hac Vice Attorney Applicant's Name: Rebekah Perry Ricketts

Law Firm Name: Gibson, Dunn & Crutcher LLP

Street Address 1: 2100 McKinney Avenue

Address Line 2: Suite 1100

City: Dallas   State: Texas   Zip: 75201

Phone Number w/ Area Code  (214) 698-3365   Bar # 24074883   State  Texas

Primary E-mail Address: RRicketts@gibsondunn.com   Secondary E-mail Address:

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant  Rebekah Perry Ricketts  is unable to be present upon any date assigned by the court.

Date: Aug 9, 2016   Signature of Local Counsel: s/ Jeffrey Paul Helsdon

Local Counsel's Name: Jeffrey Paul Helsdon   Bar # 17479

Law Firm Name: Oldfield & Helsdon, PLLC

Street Address 1: 1401 Regents Blvd.

Address Line 2: Suite 102

City: Fircrest   State: Washington   Zip: 98466

Phone Number w/ Area Code  Example: 999-999-9999   253-564-9500

# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11. Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Members of the court's systems staff will assess the risk and advise you accordingly.

4. By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons. This provision *does* include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the court-issued password. You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

6. By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

| s/ Rebekah Perry Ricketts | Aug 9, 2016 |
|---|---|
| **Signature**  (use an "s/" and type your name) | **Date Signed** |