The Honorable Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH A. KENNEDY, | NO. 3:16-cv-05694-RBL |
| *Plaintiff*, | ANSWER |
| v. | |
| BREMERTON SCHOOL DISTRICT, | |
| *Defendant*. | |

Defendant Bremerton School District, for answer and affirmative defenses, alleges as follows:

RESPONSES TO PLAINTIFF'S ALLEGATIONS

1. Admitted.

2. Denied.

3. Denied.

4. Defendant admits Exhibits B and G speak for themselves and denies the balance

ANSWER - 1
( 3:16-cv-05694-RBL)

**TIERNEY & BLAKNEY, PC**
2955 80th Avenue SE, Suite 102
Mercer Island, WA 98040
206-232-3074 (Phone)
206-232-3076 (Fax)

of paragraph 4.

    5.    Defendant admits Exhibits E and G speak for themselves and denies the balance of paragraph 5.

    6.    Denied.

    7.    Defendant admits Exhibit E speaks for itself and denies the balance of paragraph 7.

    8.    Defendant admits Plaintiff was placed on paid administrative leave and that Exhibit J speaks for itself. Defendant denies the balance of paragraph 8.

    9.    Denied.

    10.    Denied.

    11.    Denied.

    12.    Defendant is without sufficient knowledge to admit or deny paragraph 12, and therefore denies it.

    13.    Admitted.

    14.    Admitted.

    15.    Admitted.

    16.    Admitted.

    17.    Admitted.

    18.    Admitted.

    19.    Admitted.

    20.    Defendant admits the claims at issue relate to Plaintiff's employment as a football coach with BSD. Defendant is without sufficient knowledge to admit or deny the balance of paragraph 20, and therefore denies it.

ANSWER - 2
( 3:16-cv-05694-RBL)

**TIERNEY & BLAKNEY, PC**
2955 80th Avenue SE, Suite 102
Mercer Island, WA 98040
206-232-3074 (Phone)
206-232-3076 (Fax)

1  21. Defendant is without sufficient knowledge to admit or deny paragraph 21, and
2  therefore denies it.
3  22. Defendant is without sufficient knowledge to admit or deny paragraph 22, and
4  therefore denies it.
5  23. Defendant is without sufficient knowledge to admit or deny paragraph 23, and
6  therefore denies it.
7  24. Defendant is without sufficient knowledge to admit or deny paragraph 24, and
8  therefore denies it.
9  25. Defendant is without sufficient knowledge to admit or deny paragraph 25, and
10 therefore denies it.
11 26. Defendant admits Exhibit I and the written evaluations of Plaintiff's job
12 performance speak for themselves and denies the balance of paragraph 26.
13 27. Defendant admits Plaintiff professes to be a practicing Christian. Defendant is
14 without sufficient knowledge to admit or deny the balance of paragraph 27, and therefore denies
15 it.
16 28. Defendant admits Plaintiff has engaged in religious expression at the end of
17 football games. Defendant denies the expression has been private. Defendant is without
18 sufficient knowledge to admit or deny the balance paragraph 28, and therefore denies it.
19 29. Defendant admits that, in the past, after a football game had been completed,
20 Plaintiff would kneel on the field. Defendant is without sufficient knowledge to admit or deny
21 the balance of paragraph 29, and therefore denies it.
22 30. Defendant is without sufficient knowledge to admit or deny paragraph 30, and
23 therefore denies it.
24

ANSWER - 3
( 3:16-cv-05694-RBL)

**TIERNEY & BLAKNEY, PC**
2955 80th Avenue SE, Suite 102
Mercer Island, WA 98040
206-232-3074 (Phone)
206-232-3076 (Fax)

31.   Defendant denies that Plaintiff's actions were outside the scope of his responsibilities as a BSD employee. Defendant is without sufficient knowledge to admit or deny the balance of paragraph 31, and therefore denies it.

32.   Defendant is without sufficient knowledge to admit or deny paragraph 32, and therefore denies it.

33.   Defendant admits that players, including players invited from the opposing team, sometimes gathered with Plaintiff at midfield after games. Defendant is without sufficient knowledge to admit or deny the balance of paragraph 33, and therefore denies it.

34.   Admitted.

35.   Defendant admits the referenced newspaper articles speak for themselves. Defendant is without sufficient knowledge to admit or deny the balance of paragraph 35, and therefore denies it.

36.   Defendant admits Exhibit B speaks for itself and that Plaintiff ceased participating in locker room prayers. Defendant is without sufficient knowledge to admit or deny the balance of paragraph 36, and therefore denies it.

37.   Defendant admits that Exhibits B and G speak for themselves. Defendant denies the balance of paragraph 37.

38.   Defendant admits Exhibit G and the referenced Internet materials speak for themselves. Defendant is without sufficient knowledge to admit or deny the balance of paragraph 38, and therefore denies it.

39.   Defendant is without sufficient knowledge to admit or deny paragraph 39, and therefore denies it.

40.   Admitted.

ANSWER - 4
( 3:16-cv-05694-RBL)

**TIERNEY & BLAKNEY, PC**
2955 80th Avenue SE, Suite 102
Mercer Island, WA 98040
206-232-3074 (Phone)
206-232-3076 (Fax)

41. Defendant admits the second sentence and denies the balance of paragraph 41.

42. Defendant is without sufficient knowledge to admit or deny paragraph 42, and therefore denies it.

43. Defendant admits Exhibit G speaks for itself and denies the balance of paragraph 43.

44. Defendant admits that Superintendent Aaron Leavell sent Plaintiff a letter dated September 17, 2015. Defendant admits Exhibit B and Board Policy 2340 speak for themselves. Defendant denies the balance of paragraph 44.

45. Defendant admits Exhibits B and C speak for themselves and denies the balance of paragraph 45.

46. Defendant admits Exhibit B speaks for itself and admits Plaintiff's actions likely violate the First Amendment's Establishment Clause. Defendant denies the balance of paragraph 46.

47. Defendant admits the September 17, 2015 letter contained guidelines for Plaintiff and that the letter speaks for itself. Defendant denies the balance of paragraph 47.

48. Admitted.

49. Defendant is without sufficient knowledge to admit or deny paragraph 49, and therefore denies it.

50. Defendant admits Exhibit B speaks for itself and denies the balance of paragraph 50.

51. Defendant admits that Exhibit B speaks for itself and denies the balance of paragraph 51.

52. Defendant admits that Exhibit B speaks for itself and denies the balance of

ANSWER - 5
( 3:16-cv-05694-RBL)

**TIERNEY & BLAKNEY, PC**
2955 80th Avenue SE, Suite 102
Mercer Island, WA 98040
206-232-3074 (Phone)
206-232-3076 (Fax)

1 paragraph 52.

2     53.    Defendant admits that, after the conclusion of the football game on October 16, 3 2015, Plaintiff knelt at the 50 yard line. Defendant is without sufficient knowledge to admit or 4 deny the balance of paragraph 53, and therefore denies it.

5     54.    Defendant admits that others knelt near Plaintiff. Defendant is without sufficient 6 knowledge to admit or deny the balance of paragraph 54, and therefore denies it.

7     55.    Defendant admits that Superintendent Leavell sent Plaintiff a letter dated October 8 23, 2015 and that the letter and Exhibit E speak for themselves. Defendant denies the balance of 9 paragraph 55.

10     56.    Defendant admits that Plaintiff's conduct was prohibited by the Establishment 11 Clause and that Exhibit E speaks for itself. Defendant denies the balance of paragraph 56.

12     57.    Defendant admits the October 23, 2015 letter speaks for itself. Defendant denies 13 the balance of paragraph 57.

14     58.    Denied.

15     59.    Defendant admits the October 23, 2015 letter speaks for itself and denies the 16 balance of paragraph 59.

17     60.    Denied.

18     61.    Defendant denies it failed to accommodate Plaintiff's religious beliefs. Defendant 19 is without sufficient knowledge to admit or deny the balance of paragraph 61, and therefore 20 denies it.

21     62.    Defendant admits Exhibits B and E speak for themselves, and denies the balance 22 of paragraph 62.

23     63.    Defendant admits that, at the conclusion of the BHS varsity football game on

ANSWER - 6  
( 3:16-cv-05694-RBL)

**TIERNEY & BLAKNEY, PC**  
2955 80th Avenue SE, Suite 102  
Mercer Island, WA 98040  
206-232-3074 (Phone)  
206-232-3076 (Fax)

October 23, 2015, Plaintiff knelt at the 50 yard line. Defendant is without sufficient knowledge to admit or deny the balance of paragraph 63, and therefore denies it.

64. Defendant admits that Plaintiff was placed on paid administrative leave on October 28, 2015 and that Exhibit F speaks for itself. Defendant denies the balance of paragraph 64.

65. Defendant admits Exhibit G speaks for itself and denies the balance of paragraph 65.

66. Defendant admits BSD did not take adverse employment action against Coach Boynton on the basis of religious expression. Defendant is without sufficient knowledge to admit or deny the balance of paragraph 66, and therefore denies it.

67. Defendant admits Exhibits I speaks for itself and denies the balance of paragraph 67.

68. Defendant admits Exhibit J speaks for itself and denies the balance of paragraph 68.

69. Defendant admits Plaintiff's contract expired and denies the balance of paragraph 69.

70. Defendant admits Exhibits F and G speak for themselves and denies the balance of paragraph 70.

71. Defendant admits Coach Boynton did not receive poor performance evaluations and was not retaliated against based on religious expression. Defendant is without sufficient knowledge to admit or deny the balance of paragraph 71, and therefore denies it.

72. Admitted.

73. Admitted.

ANSWER - 7
( 3:16-cv-05694-RBL)

**TIERNEY & BLAKNEY, PC**
2955 80th Avenue SE, Suite 102
Mercer Island, WA 98040
206-232-3074 (Phone)
206-232-3076 (Fax)

1   74.   Defendant incorporates its responses to the previous paragraphs.

2   75.   Denied.

3   76.   Defendant admits the First and Fourteenth Amendments speak for themselves.
Defendant denies the balance of paragraph 76.

5   77.   Denied.

6   78.   Denied.

7   79.   Denied.

8   80.   Defendant incorporates its responses to the previous paragraphs.

9   81.   Denied.

10  82.   Defendant admits the First Amendment speaks for itself and denies the balance of paragraph 82.

12  83.   Denied.

13  84.   Defendant incorporates its responses to the previous paragraphs.

14  85.   Denied.

15  86.   Denied.

16  87.   Denied.

17  88.   Denied.

18  89.   Defendant incorporates its responses to the previous paragraphs.

19  90.   Denied.

20  91.   Denied.

21  92.   Defendant incorporates its responses to the previous paragraphs.

22  93.   Denied.

23  94.   Denied.

ANSWER - 8
( 3:16-cv-05694-RBL)

**TIERNEY & BLAKNEY, PC**
2955 80th Avenue SE, Suite 102
Mercer Island, WA 98040
206-232-3074 (Phone)
206-232-3076 (Fax)

95. Denied.

96. Defendant incorporates its responses to the previous paragraphs.

97. Denied.

98. Denied.

99. Defendant incorporates its responses to the previous paragraphs.

100. Denied.

101. Denied.

102. Denied.

103. Denied.

104. Paragraph 104 does not state an allegation that requires a response.

Defendant denies the balance of Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

Defendant denies Plaintiff is entitled to any relief. By way of further answer to Plaintiff's complaint, and in the form of affirmative defenses, Defendant sets forth the following:

1. Plaintiff has failed to state a claim upon which relief can be granted.

2. Plaintiff's damages, if any, were proximately caused by Plaintiff's own actions.

3. Plaintiff has failed to mitigate his damages, if any.

4. Plaintiff failed to exhaust available remedies.

5. Defendant's actions were based on reasonable factors other than religion, retaliation, or other factors alleged in Plaintiff's complaint.

6. Defendant's actions were based on legitimate non-discriminatory reasons.

ANSWER - 9
( 3:16-cv-05694-RBL)

**TIERNEY & BLAKNEY, PC**
2955 80th Avenue SE, Suite 102
Mercer Island, WA 98040
206-232-3074 (Phone)
206-232-3076 (Fax)

7. The actions of Defendant that Plaintiff complains of were protected and required by the Establishment Clause of the First Amendment

Defendant reserves the right to amend its answer to allege additional affirmative defenses based upon discovery or the outcome of other proceedings including, without limitation, after-acquired evidence.

## REQUEST FOR RELIEF

WHEREFORE, having fully answered Plaintiff's complaint and asserted affirmative defenses, Defendant requests that:

1. Plaintiff's complaint be dismissed with prejudice;
2. Defendant be awarded taxable costs and attorneys' fees herein;
3. Defendant be awarded reasonable attorneys' fees and costs pursuant to statute; and
4. For such other and further relief as the Court deems equitable and proper.

DATED this 30th day of August, 2016.

TIERNEY & BLAKNEY, P.C.

By: /s/Michael B. Tierney
Michael B. Tierney, WSBA #13662
Paul Correa, WSBA #48312
Attorneys for Defendant Bremerton School District

Tierney & Blakney, P.C.
2955 80th Ave S.E., Suite 102
Mercer Island, WA 98040
Telephone: 206-232-3074
Facsimile: 206-232-3076
Email: tierney@tierneylaw.com

ANSWER - 10
( 3:16-cv-05694-RBL)

**TIERNEY & BLAKNEY, PC**
2955 80th Avenue SE, Suite 102
Mercer Island, WA 98040
206-232-3074 (Phone)
206-232-3076 (Fax)

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury under the laws of the State of Washington, I caused the original of the foregoing document to be filed with the Clerk of the Court via electronic filing, who will send notification of filing as follows:

| | |
|---|---|
| Hiram Sasser<br>    SBA No. 24039157<br>Michael Berry<br>    SBA No. 24085835<br>FIRST LIBERTY INSTITUTE<br>2001 West Plano Parkway, Ste. 1600<br>Plano, TX 75075<br>Tel: (972) 941-6162<br>Fax: (972) 423-6162<br>*hsasser@firstliberty.org*<br>*mberry@firstliberty.org* | Rebekah Perry Ricketts<br>    SBA No. 24074883<br>Benjamin D. Wilson<br>    SBA No. 24084105<br>Bryan M. Clegg<br>    SBA No. 24097506<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Ave, Ste. 1100<br>Dallas, TX 75201<br>Tel: (214) 698-3100<br>Fax: (214) 571-2900<br>*rricketts@gibsondunn.com*<br>*bwilson@gibsondunn.com*<br>*bclegg@gibsondunn.com* |
| Anthony J. Ferate<br>    SBA No. 21171<br>FERATE PLLC<br>4308 Echohollow Trail<br>Edmond, OK 73025<br>Tel: (202) 486-7211<br>*aj@feratepllc.com* | Jeffrey Paul Helsdon<br>    WSBA No. 17479<br>OLDFIELD & HELSDON, PLLC<br>1401 Regents Blvd., Ste. 102<br>Fircrest, WA 98466<br>Tel: (253) 564-9500<br>Fax: (253) 414-3500<br>*jhelsdon@tacomalawfirm.com* |

DATED this 30th day of August, 2016 at Mercer Island, Washington.

   /s/ Alyssa P. Au
Alyssa P. Au
Tierney & Blakney, P.C., Legal Secretary

ANSWER - 11
( 3:16-cv-05694-RBL)

**TIERNEY & BLAKNEY, PC**
2955 80th Avenue SE, Suite 102
Mercer Island, WA 98040
206-232-3074 (Phone)
206-232-3076 (Fax)