The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH A. KENNEDY,<br><br>*Plaintiff*,<br><br>v.<br><br>BREMERTON SCHOOL DISTRICT,<br><br>*Defendant*. | NO. 3:16-cv-05694-RBL<br><br>DECLARATION OF MICHAEL B. TIERNEY IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>NOTED ON MOTION CALENDAR:<br>September 16, 2016 |

I, Michael B. Tierney, declare the following to be true under penalty of perjury under the laws of the State of Washington.

1. I am the attorney for Bremerton School District in the above-captioned action, am over the age of 21, and make this declaration based upon personal knowledge.

2. Attached hereto as exhibits are true and correct copies of the following documents:

| No. | Description |
|---|---|
| Exhibit 1 | Photo of Kennedy Prayer Group on October 16, 2015 |

DECL. OF MBT - 1
(3:16-cv-05694-RBL)

**TIERNEY & BLAKNEY, PC**
2955 80th Avenue SE, Suite 102
Mercer Island, WA 98040
206-232-3074 (Phone)
206-232-3076 (Fax)

| | |
|---|---|
| Exhibit 2 | Photo of Kennedy Prayer Group on October 29, 2015 |
| Exhibit 3 | Photo of Satanist Group Outside Bremerton High School Football Field |
| Exhibit 4 | Coach and Volunteer Coach Agreement signed October 5, 2015 |
| Exhibit 5 | Notification of Reasonable Assurance signed October 5, 2015 |
| Exhibit 6 | Assistant Coach Responsibilities |
| Exhibit 7 | Head Coach Responsibilities |
| Exhibit 8 | Kennedy Evaluation by Head Coach signed November 14, 2015 |
| Exhibit 9 | Kennedy Evaluation by Athletic Director signed December 16, 2015 |
| Exhibit 10 | Letter to EEOC from Jeff Ganson dated April 6, 2016 |
| Exhibit 11 | Email to Jeff Barton and John Polm from Aaron Leavell dated September 18, 2015 |
| Exhibit 12 | Letter to Kennedy from Bremerton School District dated September 17, 2015 |
| Exhibit 13 | Letter to Bremerton School District from Pl. Counsel Hiram Sasser dated October 14, 2015 |
| Exhibit 14 | Letter to Kennedy from Bremerton School District dated October 23, 2015 |
| Exhibit 15 | Letter to Kennedy from Bremerton School District dated October 28, 2015 |

Signed at Mercer Island, Washington this 12th day of September, 2016

By:   /s/Michael B. Tierney
Michael B. Tierney, WSBA #13662
Attorney for Defendant Bremerton School District

DECL. OF MBT - 2
( 3:16-cv-05694-RBL)

**TIERNEY & BLAKNEY, PC**
2955 80th Avenue SE, Suite 102
Mercer Island, WA 98040
206-232-3074 (Phone)
206-232-3076 (Fax)

## CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington, I caused the original of the foregoing document to be filed with the Clerk of the Court via electronic filing, who will send notification of filing as follows:

Hiram Sasser
    SBA No. 24039157
Michael Berry
    SBA No. 24085835
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Ste. 1600
Plano, TX 75075
Tel: (972) 941-6162
Fax: (972) 423-6162
*hsasser@firstliberty.org*
*mberry@firstliberty.org*

Rebekah Perry Ricketts
    SBA No. 24074883
Benjamin D. Wilson
    SBA No. 24084105
Bryan M. Clegg
    SBA No. 24097506
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Ave, Ste. 1100
Dallas, TX 75201
Tel: (214) 698-3100
Fax: (214) 571-2900
*rricketts@gibsondunn.com*
*bwilson@gibsondunn.com*
*bclegg@gibsondunn.com*

Anthony J. Ferate
    SBA No. 21171
FERATE PLLC
4308 Echohollow Trail
Edmond, OK 73025
Tel: (202) 486-7211
*aj@feratepllc.com*

Jeffrey Paul Helsdon
    WSBA No. 17479
OLDFIELD & HELSDON, PLLC
1401 Regents Blvd., Ste. 102
Fircrest, WA 98466
Tel: (253) 564-9500
Fax: (253) 414-3500
*jhelsdon@tacomalawfirm.com*

DATED this 12th day of September, 2016 at Mercer Island, Washington.

*/s/ Alyssa Au*
Alyssa P. Au
Tierney & Blakney, P.C., Legal Assistant

DECL. OF MBT - 3
(3:16-cv-05694-RBL)

**TIERNEY & BLAKNEY, PC**
2955 80th Avenue SE, Suite 102
Mercer Island, WA 98040
206-232-3074 (Phone)
206-232-3076 (Fax)