EXHIBIT 1

4



5