EXHIBIT 3

8



9