# EXHIBIT 4

10



# Coach and Volunteer Coach Agreement

*J. Kennedy*

FB

*"Never place the value of winning above the value of instilling the highest ideals of character." – WIAA Coaching Code of Ethics*

I am honored that the Bremerton School District has entrusted me to be a coach, mentor and role model for the student athletes in the Bremerton School District. As such, I agree to:

- exhibit sportsmanlike conduct at all times
- treat all athletes with respect, including opponents
- utilize positive motivational strategies to encourage athletic performance
- understand that parents are their athletes' advocates – I will treat them with high regard and communicate effectively, including returning phone calls and emails in a timely fashion
- ***understand that District provided email must be used to communicate; personal email is not an acceptable form of communication to staff, athletes or parents***
- always approach officials with composure – I understand that I am constantly being observed by others
- uphold all health and safety standards, providing immediate attention to injured athletes
- honor the power of the press – I will maintain positive media relations.
- apply rules consistently to all athletes
- have read and understand all policies and procedures
- understand that the athletics program is an integral part of the total educational process – I will provide support for students' ongoing academic success.

Above all, I agree to create good athletes and good human beings.

**I understand that a violation of these agreements may result in disciplinary action, up to and including discharge.**

Joe Kennedy / [Signature] / 5-21-15
Print Name / Signature / Date

Updated 8.2015

11

RECEIVED OCT 07 2015 HUMAN RESOURCES