12

EXHIBIT 5

12

| HUMAN RESOURCES OFFICE | BREMERTON SCHOOL DISTRICT |



MEMORANDUM

TO: *Joe Kennedy*

FROM: Denise Kennedy, Human Resources Supervisor

SUBJECT: NOTIFICATION OF REASONABLE ASSURANCE – COACHING STAFF

August 2015

RECEIVED
OCT 07 2015
HUMAN RESOURCES

Thank you performing the duties of a coach during the 2015-16 school year. As you are aware, these positions are for one-season-only. The chart below indicates the work period and non-work period for each season:

**Fall Season**

| | |
|---|---|
| August 19, 2015-November 21, 2015 | Work Period |
| November 23, 2015-August 31, 2016 | Non-Work Period (Remainder of School/ Summer Break) |

**Winter Season**

| | |
|---|---|
| September 1, 2015-November 1, 2015 | Non-Work Period (Fall Season) |
| November 2, 2015-December 18, 2015 | Work Period |
| December 21, 2015-January 1, 2016 | Non-Work Period (Winter Break) |
| January 4, 2016-March 5, 2016 | Work Period |
| March 7, 2016-August 31, 2016 | Non-Work Period (Spring Season) |

**Spring Season**

| | |
|---|---|
| September 1, 2015-February 27, 2016 | Non-Work Period (Fall/Winter Seasons) |
| February 29, 2016-May 28, 2016 | Work Period |
| May 31, 2016-August 31, 2016 | Non-Work Period (End of School/Summer Break) |

Because coaching positions are for one-season-only and have a designated length of time, I understand that during non-work periods, I am ineligible for unemployment benefits.

### VERIFICATION OF RECEIPT:

I hereby acknowledge receipt of this notice.

_____     _____
         Signature                                        Date

*Original to Employee; Copy to Athletic Director/Coordinator; Copy to Human Resource Office,*
*134 Marion Avenue N., Bremerton, WA 98312*

13