EXHIBIT 6

14

# ASSISTANT COACH RESPONSIBILITIES

**FUNCTION:** Provide assistance to the Head Coach.

**SUPERVISOR:** Head Coach, Athletic Director, and Principal

1. Assist in the development of the athletic program as directed by the Head Coach.

2. Assume those duties as assigned by the Head Coach, including staff meetings.

3. Assist the Head Coach in all organizational matters at the beginning of a particular sport season. Know and enforce current district guidelines for transportation of students to school sponsored events.

4. Know and enforce current district guidelines for transportation of students to school sponsored events.

5. Assist Head Coach with his/her supervisory responsibilities and/or supervise the team assigned to him/her.

6. Accompany and direct all games at home or out of town for team assigned to his/her supervision.

7. Obey all the Rules of Conduct before players and the public as expected of a Head Coach.

8. Assume the responsibility of the position of Head Coach in the event of his/her absence, if designated.

9. Assist in the upkeep and inventory of equipment.

10. Assume reasonable scouting duties as assigned by the Head Coach.

11. Procure and keep up to date a first aid/CPR card as required by WIAA.

12. Treat all injuries with discretion, administering first aid when deemed necessary.

13. File accident reports when applicable.

14. Supervise all dressing rooms as designated.

15. Recommend any disciplinary action to the Head Coach.

16. Report results of contests for which responsible to local news media.

17. Adhere to Bremerton School District policies and administrative regulations.

18. Keep abreast of new knowledge, ideas, and techniques relating to his/her sport.

19. Have understanding of rules and regulations regarding his/her sport as prescribed in the WIAA Handbook.

20. Emphasize safety precautions and be aware of training and injury precautions.

21. Communicate any individual or team "problems" to the Head Coach immediately.

22. Provide for care and proper use of facilities at home and out of town.

23. Recommend additions and/or improvements' for the care and maintenance of facilities.

24. Supervise facility preparation prior to home events.

25. Recommend equipment to be purchased.

26. Recommend student athletes for letters, certificates, or special awards who have fulfilled requirements.

27. Check student attendance on the day of games.

28. Perform such other related duties as may be assigned.

2/6/08

16