# EXHIBIT 7

# HEAD COACHES RESPONSIBILITIES

**FUNCTION:** Provide leadership, supervision, and organization of a specific interscholastic activity.

**SUPERVISOR:** Athletic Director, Principal

1. Report to the Athletic Director the need for maintenance and repair of equipment, and report any lost, damaged, or stolen equipment.

2. Arrange for cleaning, storing, and inventorying all equipment.

3. Disallow participation of athletes in practices until they have been properly cleared through he Athletic Director's office, i.e. physical, insurance form/waiver, concussion waiver, emergency card, parent permission form, ASB card, and eligibility.

4. Organize, direct, and supervise all practice sessions.

5. Procure and keep up to date a first aid/CPR card as required by the WIAA. Keep current with all WIAA Coaching Standards requirements.

6. Treat all injuries with discretion, administering first aid when deemed necessary and complete accident reports when applicable and in a timely manner.

7. Know and enforce current district guidelines for transportation of students to school sponsored events. Inform assistant coaches of their responsibilities for team transportation.

8. Accompany and direct the varsity team in all interscholastic activities at home or out of town and be responsible for the conduct of the team and all student helpers at such activities.

9. Designate one or more of the assistant coaches to be responsible for teams other than the varsity.

10. Directly supervise, or designate an assistant coach to supervise, all dressing rooms and secure all facilities at the close of each practice.

11. Determine that dressing rooms are in clean condition after out of town games.

12. Prepare a budget for his/her sport as directed and be aware of Associated Student Body (ASB) funding procedures, including recommendations for equipment and supplies.

13. Supply the Athletic Director a roster of participants as soon as possible at the beginning of each sport season.

14. Recommend requirements for an athletic letter and submit to the Athletic Director in writing.

18

15. Recommend student athletes who have fulfilled the requirements for an athletic letter, certificate, or trophy.

16. Apply discipline in a fair, positive manner as outlined in the student Athletic Handbook, and file discipline reports with the Athletic Director.

17. Responsible for care and proper use of facilities both home and out of town.

18. Recommend additions and/or improvements for the care and maintenance of facilities.

19. Report the outcome of contests to local news media.

20. Provide information for programs upon request.

21. Attend appropriate coaches' meetings and the required WIAA rules clinic where applicable (head coach may send a designee with approval of the Athletic Director).

22. Adhere to Bremerton School District policies and administrative regulations.

23. Select and instruct team managers, trainers, scorekeepers, and statisticians.

24. Provide each student athlete with a written copy of all rules and regulations that are in addition to the information in the Student Handbook. Provide and review the Student Athletic Handbook with each student athlete and his/her parent, when possible.

25. Provide the Athletic Director with a copy of all general correspondence and bulletins to student athletes and parents/guardians.

26. Recommend personnel for assistant coaching positions to the Athletic Director and the Principal.

27. Submit names to the Athletic Director and gain district clearance of a non-district person wishing to volunteer his/her services as a coach or student supervisor. Volunteer must fill out all volunteer forms, complete fingerprinting process and have a current first aid/CPR card.

28. Keep abreast of current trends, ideas and techniques relating to his/her particular sport.

29. Have an understanding of rules and regulations regarding his/her sport as published in the WIAA Handbook.

30. Have knowledge of the WIAA casebook guidelines.

31. Exercise sound and discretionary judgment relative to his/her team, both off and on the field, and use proper conduct before the public and players at all times.

32. Check student attendance on the day of games.

33. Responsible for player behavior both on and off the field.

34. Coaches must sign all written correspondence to parents and students.

35. Hand out, collect and keep on file signed safety guidelines from each participant prior to participation in the sport. (Participants may attend informational meetings prior to returning the signed safety guidelines form.)

36. Perform such other related duties as may be assigned.

Revised 2/23/2011

20