EXHIBIT 8

# Bremerton Football Coaching Evaluation Form

Name: Joe Kennedy

Position(s): Asst. DB Coord     Review Date: 11/12/15

1. **Attendance:**
   At every practice/meeting = 5
   Late/absent less than 3 times = 4
   Late/absent periodically = 3     **4**
   Absent or late often = 2
   Missing often = 1

2. **Football Intelligence:**
   Understands the whole game = 5
   Grasps most parts of game = 4
   Understands his position = 3     **4**
   Basic understanding of game = 2
   Learning the game = 1

3. **Commitment to Team:**
   Important year-round = 5
   Important during season = 4
   Commitment lags = 3     **3**
   Commitment drops off = 2
   Not part of team = 1

4. **Character**
   Represents Staff Well = 5
   Few minor mistakes = 4
   A questionable decision = 3     **2**
   Many questionable decisions = 2
   Bad Seed = 1

5. **Manageability:**
   Listens and performs = 5
   Listens and attempts = 4
   Has an excuse = 3     **1**
   Does it with attitude = 2
   Does own thing = 1

6. **Relationship with Players:**
   Outstanding = 5
   Good = 4
   Average = 3     **5**
   Could Improve = 2
   Needs to Improve = 1

7. **Relationship with Coaches:**
   Cooperative and Amenable = 5
   Keeps things Business like = 4
   Has personal differences = 3     **2**
   Openly Disagrees = 2
   Volatile Situations = 1

8. **Practice Skills:**
   Runs Game appropriate drills = 5
   Most drills appropriate = 4
   Need some updated drills = 3     **4**
   Need to review technique = 2
   Needs to work on skills = 1

9. **Coaching Fundamentals:**
   Knows and teaches basics well = 5
   Knows basics teaches adequately = 4     **4**
   Improving basic skill teaching = 3
   Needs to improve = 2
   Outdated = 1

10. **Motivational Skills:**
    Positive and responsive = 5
    Responsive = 4
    Loses cool but stays positive = 3     **5**
    Loses cool often = 2
    Negative comments to players = 1

11. **Communication Skills:**
    Expresses ideas well = 5
    Gets idea across = 4
    Struggles to make some connections = 3     **4**
    Struggles most of the time = 2
    Continually struggles = 1

12. **Willingness to help:**
    Always available = 5
    Available when able = 4
    Availability varies = 3     **3**
    Only helps when asked = 2
    Minimal availability = 1

13. **Program Promotion:**
    Buys into program goals/ideals = 5
    Recognizes program goals/ideals = 4
    Is indifferent to program goals/ideals = 3     **1**
    Doesn't actively promote program = 2
    Disregards program goals/ideals = 1

14. **Overall Evaluation:**
    Coach we need = 5
    Coach we'd like = 4
    Coach we can train = 3     **3/4**
    Coach we don't want = 1

(Over)

22

# Bremerton Football Coach Evaluation Form Cont'd

Narrative Comments for above items

| | |
|---|---|
| Item # 5 | Coach Kennedy put himself before the team many times this season. |
| Item # 7 | Coach Kennedy's actions this season drove a wedge in our coaching staff. He created an uneasy environment due to his legal battle |
| Item # 13 | Coach Kennedy's actions cost our program in a poor light in the community. |
| Item # 14 | Coach Kennedy needs to refocus on the student/athletes if wants to continue. |

Areas of strength: Coach Kennedy has done an amazing job in his 8+ seasons as a BHS coach. His relationship w/ players & families is tremendous. His ability to make players feel they are connected to the team is special.

Areas of Needed Improvement: Coach Kennedy needs to remember why we coach - for the players. When he finds that focus again, he will be on track.

Recommendations: Defer to BSD pending litigation.

Coach _____ Date: _____ Head Coach _____ Date: 12/14/15