

EXHIBIT 9

24



2015 – 16

# BREMERTON SCHOOL DISTRICT
# COACHING EVALUATION FORM

**Name of Coach:** ___Joe Kennedy_____

**Building:** ____BHS_____

**Assignment:** _Assistant Football Coach_____

**Date:** ___November 20, 2015_____

S     N I     Satisfactory   Needs Improvement

## PROFESSIONAL RELATIONSHIPS:
_____X___•Cooperates with administration, faculty, and other staff.
_____X___•Establishes and maintains positive relations with parents and community.
_____X___•Follows school, district, league and WIAA policies.
_X___ _____•Has valid First Aid and CPR card.

## RELATIONSHIPS WITH COACHING ASSOCIATES:
_X___ _____•Maintains positive working relationships with district coaches of the
    same sport.
_X___ _____•Supports and cooperates with other sports and activity programs.
_N/A ____•**Head Coach** – Plans, organizes, and delegates responsibility well.
_N/A ____•Supports assistant coaches.
_____ _X___•**Assistant Coach** -- Actively involved, works with other coaches.
_X___ _____•Supports head coach.

## COACH – ATHLETE RESPONSIBILITIES:
_X___ _____•Honest and consistent in all relationships and established policies.
_X___ _____•Analyzes the strengths and limitations of athletes.
_____ _X___•Maintains the respect of participants in the program.
_X___ _____•Encourages and assists with academic achievement of participants.
_____ _X___•Supervises team both home and away.
_X___ _____•Maintains professional relationship with officials.
_N/A__ ___•Makes sure all athletes have been properly cleared through the Athletic
    Director's office, i.e. physical, insurance form/waiver, emergency card,
    parent permission form, ASB card and eligibility, before allowing athlete
    to participate in practices.

## COACHING TECHNIQUES:
_X___ _____•Uses sound and accepted teaching techniques and conducts organized
    practice sessions.
_X___ _____•Participates in off-season conditioning and weight training program
    for athletes.
_X___ _____•Teaches fundamentals.
_X___ _____•Teaches specific safety procedures for activity.

25

**S      N I**    Satisfactory   Needs Improvement

**RELATED RESPONSIBILITIES:**

_N/A_ ____ •Complies with inventory, equipment care, and storage responsibilities.

_X__ ____ •Has thorough knowledge of assigned position.

____ ____ •Upgrades knowledge by participating in at least one professional clinic per year.

_N/A_ ____ •Hands in proper verification for WIAA Coaches Standards reports.

_N/A_ ____ •**Head Coach** -- files year-end activity report as required.

_N/A_ ____ •Complies with budget and orders equipment in a timely manner.

_N/A_ ____ •Knows and enforces current district guidelines for transportation of students to school sponsored events.  Inform assistant coaches of their responsibilities for team transportation.

_N/A_ ____ •Applies discipline in a fair, positive manner as outlined in the Student Athletic Handbook, and files discipline reports with the Athletic Director.

_N/A_ ____ •Cooperates with media and responds to reasonable requests.

_N/A_ ____ •Holds meetings when appropriate with parents and athletes prior to first contest to establish positive communication.

**SAFETY MEASURES:**

_X__ ____ •Adheres to efficient and sound program of injury prevention.

_X__ ____ •When injuries do occur follows prescribed routine and maintains good communications with injured participant.

**GENERAL COMMENTS:**

Mr. Kennedy failed to follow district policy and his actions demonstrated a lack of cooperation with administration.  The subsequent situations contributed to negative relations between parents, students, community members, coaches and the school district.

Mr. Kennedy failed to supervise student-athletes after games due to his interactions with media and community.  Prior to his public defiance of district directions, Mr. Kennedy had assisted in student supervision.  However, most of the season he did not supervise student-athletes after games.

**RECOMMENDATIONS:**

Do Not Rehire...    *Never came in after numerous requests and contacts JB 12/16/15*

_____          _____
Signature of Coach                                          Date
(Coach's signature does not indicate agreement with the above evaluation, only recognition that it has been read and discussed).

_____          _12/16/15_____
Signature of Athletic Director                       Date                          1/05

26