# EXHIBIT 11

35

| | |
|---|---|
| **From:** | Aaron Leavell <aaron.leavell@bremertonschools.org> |
| **Sent:** | Friday, September 18, 2015 8:01 AM |
| **To:** | Jeff Barton; John Polm |
| **Cc:** | Lynn H. Caddell |
| **Subject:** | Today |

can one of you guys give Nate an invitation to come down and talk to us for 10 minutes during his prep? It has to do with what Joe (Or anyone else for that matter) can and can't do and I just want to take a few minutes to explain it to him. He does not need to bring representation as he is not accused of doing anything incorrectly. Jeff, when the community comes down onto the field tonight after the game, we will not be able to prevent that from happening. I would like you to be out on the field so you can hear what is being said. I will be there but not on the field. If there are coaches or staff that choose to pray publicly this evening, we will not create a scene at this event. However, if it does happen, we will need to follow up immediately on Monday. We will cover all this in our meeting.

--

Aaron Leavell Ed.D.

Superintendent

Bremerton School District