The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH A. KENNEDY,<br><br>*Plaintiff,*<br><br>v.<br><br>BREMERTON SCHOOL DISTRICT,<br><br>*Defendant.* | NO. 3:16-cv-05694-RBL<br><br>DECLARATION OF AARON LEAVELL IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION<br><br>Noted for September 16, 2016 |

I, Aaron Leavell, declare the following to be true under penalty of perjury under the laws of the United States:

1. I am the Superintendent of the Bremerton School District ("District"), am over the age of 21, and make this declaration based upon personal knowledge.

2. I have spent 16 years of my career with the District, serving at various times as a teacher, Assistant Principal, Principal, Assistant Superintendent, and Superintendent. This is my fourth year as Superintendent of the District. At various times with the Bremerton District or other

Decl. of Aaron Leavell - 1
(3:16-cv-05694-RBL)

**TIERNEY & BLAKNEY, PC**
2955 80th Avenue SE, Suite 102
Mercer Island, WA 98040
206-232-3074 (Phone)
206-232-3076 (Fax)

districts, I have served as a football coach, track coach, basketball coach, and junior high athletic director.

3. The District enrolls approximately 5,057 students. It employs approximately 332 teachers and approximately 400 non-teaching personnel, not including substitutes.

4. I am familiar with the letter dated April 6, 2016 to the EEOC from the District's lawyer responding to Mr. Kennedy's complaint. The facts it states, its exhibits, and the position of the District it describes are accurate. The letter is submitted as Exhibit 10 to the Declaration of Michael B. Tierney in Opposition to Plaintiff's Motion for Preliminary Injunction ("Tierney Declaration").

5. The issue of Mr. Kennedy's prayers generated substantial publicity. Once the topic arose, some people expressed concern about Mr. Kennedy's actions.

6. In the earlier stages of the issue with Mr. Kennedy, the publicity that was generated and the content of comments on social media led the District to have concerns about people joining Mr. Kennedy for prayer or otherwise coming on the District's football field immediately after the final whistle. I recognized that the District was not prepared for the substantial amount of effort it would take to secure the field in an orderly manner. For that reason, I decided not to attempt to prevent access to the field at that point. My email of September 18, 2015 (Tierney Declaration, Ex. 11) addresses this point. Where my email states "Jeff, when the community comes down onto the field tonight after the game, we will not be able to prevent that from happening," it refers only to the state of the District's preparations, not its authority to limit access. There has never been any doubt about the District's authority to restrict access to its field and other District facilities immediately following football games. The District never had any intention of holding the field open for public access or of creating an open public forum.

Decl. of Aaron Leavell - 2
(3:16-cv-05694-RBL)

**TIERNEY & BLAKNEY, PC**
2955 80th Avenue SE, Suite 102
Mercer Island, WA 98040
206-232-3074 (Phone)
206-232-3076 (Fax)

7. Pictures were published in various media of Mr. Kennedy's post-game prayers. Tierney Declaration, Exhibit 1 is a photograph of Mr. Kennedy praying in the center of a group of players, members of the public, and news media personnel immediately after the game on October 16, 2015. Tierney Declaration, Exhibit 2 is a photograph of Mr. Kennedy praying in the stands with others on October 30, 2015.

8. At the conclusion of the game on October 16, a large number of people came on to the field, some to pray with Mr. Kennedy. There were people jumping the fence and others running among the cheerleaders, band and players. Afterwards, the District received complaints from parents of band members who were knocked over in the rush of spectators on to the field. The District subsequently moved ahead with preparations for securing the field after games. The District made arrangements with the Bremerton Police Department for security, had signs made and posted, had "robocalls" made to District parents, and otherwise put the word out to the public that there would be no access to the field. The District had received notification from a group that identified itself as a Satanist religion that it intended to conduct ceremonies on the field after football games if others were allowed to. Representatives of that group were on the District's grounds during a game, but they did not enter the stands or go on the field after learning that the field would be secured. Tierney Declaration, Exhibit 3 is a photograph of the Satanist group outside of the stands.

9. Players were observed to be praying with Mr. Kennedy when he did so after games in 2015. In terms of outward expression, no players appeared to be praying after games during the time Mr. Kennedy temporarily ceased this practice or after he was placed on administrative leave.

10. I have been acquainted with Dave Boynton for approximately 10 years or more. He is a

TIERNEY & BLAKNEY, PC
2955 80th Avenue SE, Suite 102
Mercer Island, WA 98040
206-232-3074 (Phone)
206-232-3076 (Fax)

former member of the Board of Directors of the District. I have never known Mr. Boynton to be a practicing Buddhist. The first that the District ever heard of an alleged Buddhist chant by Mr. Boynton was in news reports of Mr. Kennedy's EEOC complaint in January 2016.

Signed at Bremerton Washington, this 9th day of September, 2016

_____
Aaron Leavell

Decl. of Aaron Leavell - 4
(3:16-cv-05694-RBL)

**TIERNEY & BLAKNEY, PC**
2955 80th Avenue SE, Suite 102
Mercer Island, WA 98040
206-232-3074 (Phone)
206-232-3076 (Fax)

# CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington, I caused the original of the foregoing document to be filed with the Clerk of the Court via electronic filing, who will send notification of filing as follows:

Hiram Sasser
    SBA No. 24039157
Michael Berry
    SBA No. 24085835
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Ste. 1600
Plano, TX 75075
Tel: (972) 941-6162
Fax: (972) 423-6162
*hsasser@firstliberty.org*
*mberry@firstliberty.org*

Rebekah Perry Ricketts
    SBA No. 24074883
Benjamin D. Wilson
    SBA No. 24084105
Bryan M. Clegg
    SBA No. 24097506
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Ave, Ste. 1100
Dallas, TX 75201
Tel: (214) 698-3100
Fax: (214) 571-2900
*rricketts@gibsondunn.com*
*bwilson@gibsondunn.com*
*bclegg@gibsondunn.com*

Anthony J. Ferate
    SBA No. 21171
FERATE PLLC
4308 Echohollow Trail
Edmond, OK 73025
Tel: (202) 486-7211
*aj@feratepllc.com*

Jeffrey Paul Helsdon
    WSBA No. 17479
OLDFIELD & HELSDON, PLLC
1401 Regents Blvd., Ste. 102
Fircrest, WA 98466
Tel: (253) 564-9500
Fax: (253) 414-3500
*jhelsdon@tacomalawfirm.com*

DATED this 12th day of September, 2016 at Mercer Island, Washington.

*Alyssa P. Au*
Alyssa P. Au
Tierney & Blakney, P.C., Legal Assistant

Decl. of Aaron Leavell - 5
( 3:16-cv-05694-RBL)

**TIERNEY & BLAKNEY, PC**
2955 80th Avenue SE, Suite 102
Mercer Island, WA 98040
206-232-3074 (Phone)
206-232-3076 (Fax)