HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| JOSEPH A. KENNEDY,<br><br>    *Plaintiff*,<br><br>  v.<br><br>BREMERTON SCHOOL DISTRICT,<br><br>    *Defendant*. | CASE NO. 3:16-CV-05694-RBL<br><br>**STIPULATED MOTION TO LIFT THE STAY**<br><br>NOTE ON MOTIONS CALENDAR:<br>MARCH 14, 2019 |

  Plaintiff Joseph A. Kennedy ("Coach Kennedy") and Defendant Bremerton School District ("The District") jointly move the Court to lift the stay and to allow this case to proceed.

  Coach Kennedy alleges that the District violated his First Amendment rights and his rights under Title VII of the Civil Rights Act when the District engaged in adverse employment action based on Coach Kennedy's private religious expression. The District denies these allegations.

  On September 19, 2016, this Court denied Coach Kennedy's motion for a preliminary injunction. ECF No. 25. The Court then stayed this case pending resolution of Coach Kennedy's appeal of that ruling, and that stay remains in place. ECF No. 34. The Ninth Circuit affirmed the

STIPULATED MOTION TO LIFT THE STAY
(Case No. 3:16-CV-05694-RBL) - Page 1

THE HELSDON LAW FIRM, PLLC
1201 Pacific Ave., Ste. 600
Tacoma, WA 98402
Tel: (253) 564-1856 • Fax: (253) 649-0903

denial of the motion for a preliminary injunction on August 23, 2017.  ECF No. 36.  On January 22,

2019, the U.S. Supreme Court denied certiorari.  ECF No. 45.

Now that the appeal of the denial of the motion for a preliminary injunction is complete,

the parties jointly move the Court to grant the proposed order (attached) and lift the stay (ECF

No. 34) to allow the case to proceed.

Dated:  March 14, 2019

Respectfully submitted,

Hiram Sasser (*pro hac vice*)
Michael Berry (*pro hac vice*)
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
Tel: (972) 941-6162
Fax: (972) 423-6162
*hsasser@firstliberty.org*
*mberry@firstliberty.org*

 /s/ *Devin S. Anderson*
Devin S. Anderson (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 389-5198
Fax: (202) 389-5200
*devin.anderson@kirkland.com*

Anthony J. Ferate (*pro hac vice*)
SPENCER FANE LLP
9400 Broadway Ext, Suite 600
Oklahoma City, OK 73114
Tel: (405) 753-5939
*AJFerate@spencerfane.com*

Jeffrey Paul Helsdon
    WSBA No. 17479
THE HELSDON LAW FIRM, PLLC
1201 Pacific Ave., Ste. 600
Tacoma, WA 98402
Tel: (253) 564-1856
Fax: (253) 649-0903
*jhelsdon@thehelsdonlawfirm.com*

*Counsel for Plaintiff Joseph A. Kennedy*

Paul Correa
TIERNEY & CORREA, P.C.
719 2nd Avenue
Suite 701
Seattle, WA 98104
Tel: (206) 232-3074
Fax: (206) 232-3076
*correa@tierneylaw.com*

/s/ *Michael Barry Tierney*
Michael Barry Tierney
TIERNEY & CORREA, P.C.
719 2nd Avenue
Suite 701
Seattle, WA 98104
Tel: (206) 232-3074
Fax: (206) 232-3076
*tierney@tierneylaw.com*

*Counsel for Defendant Bremerton School
District*

STIPULATED MOTION TO LIFT THE STAY
(Case No. 3:16-CV-05694-RBL) - Page 2

THE HELSDON LAW FIRM, PLLC
1201 Pacific Ave., Ste. 600
Tacoma, WA 98402
Tel: (253) 564-1856 • Fax: (253) 649-0903

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2019, the foregoing document was served via electronic filing on all counsel of record in this case.

/s/ *Devin S. Anderson*
Counsel for Plaintiff

STIPULATED MOTION TO LIFT THE STAY
(Case No. 3:16-CV-05694-RBL) - Page 3

THE HELSDON LAW FIRM, PLLC
1201 Pacific Ave., Ste. 600
Tacoma, WA 98402
Tel: (253) 564-1856 • Fax: (253) 649-0903