UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| JOSEPH A. KENNEDY,<br><br>       *Plaintiff*,<br><br>   v.<br><br>BREMERTON SCHOOL DISTRICT,<br><br>       *Defendant*. | CASE NO. 3:16-CV-05694-RBL<br><br>**ORDER GRANTING STIPULATED MOTION TO LIFT THE STAY** |

Before the Court is Plaintiff Joseph A. Kennedy's and Defendant Bremerton School District's Stipulated Motion to Lift the Stay. The Motion is **GRANTED**. The stay is **LIFTED** and the parties in this case may proceed.

**Dated this 19th day of March, 2019**

_____
Ronald B. Leighton
United States District Judge

Presented by:

Hiram Sasser (*pro hac vice*)
Michael Berry (*pro hac vice*)
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
Tel: (972) 941-6162
Fax: (972) 423-6162
*hsasser@firstliberty.org*
*mberry@firstliberty.org*

Anthony J. Ferate (*pro hac vice*)
SPENCER FANE LLP
9400 Broadway Ext, Suite 600
Oklahoma City, OK 73114
Tel: (405) 753-5939
*AJFerate@spencerfane.com*

/s/ *Devin S. Anderson*
Devin S. Anderson (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 389-5198
Fax: (202) 389-5200
*devin.anderson@kirkland.com*

Jeffrey Paul Helsdon
    WSBA No. 17479
THE HELSDON LAW FIRM, PLLC
1201 Pacific Ave., Ste. 600
Tacoma, WA 98402
Tel: (253) 564-1856
Fax: (253) 649-0903
*jhelsdon@thehelsdonlawfirm.com*

*Counsel for Plaintiff Joseph A. Kennedy*

Paul Correa
TIERNEY & CORREA, P.C.
719 2nd Avenue
Suite 701
Seattle, WA 98104
Tel: (206) 232-3074
Fax: (206) 232-3076
*correa@tierneylaw.com*

/s/ *Michael Barry Tierney*
Michael Barry Tierney
TIERNEY & CORREA, P.C.
719 2nd Avenue
Suite 701
Seattle, WA 98104
Tel: (206) 232-3074
Fax: (206) 232-3076
*tierney@tierneylaw.com*

*Counsel for Defendant Bremerton School District*