# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH A. KENNEDY,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BREMERTON SCHOOL DISTRICT,<br><br>　　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C16-5694RBL |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT Plaintiff Kennedy's Motion for Summary Judgment [63] is DENIED, and Defendant Bremerton School District's Motion for Summary Judgment [70] is GRANTED.

DATED:  March 6, 2020.

　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　*/s/ signature*
　　　　　　　　　　　　　　　　　　　Deputy Clerk