# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a
### United States District Court

Name of U.S. District Court: | Western District of Washington

U.S. District Court case number: | 3:16-CV-05694-RBL

Date case was first filed in U.S. District Court: | 8/9/2016

Date of judgment or order you are appealing: | 3/6/2020

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Joseph A. Kennedy

Is this a cross-appeal?  ○ Yes    ◉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?    ◉ Yes    ○ No

If Yes, what is the prior appeal case number? | 16-35801

Your mailing address:

Kirkland & Ellis LLP

1301 Pennsylvania Ave., N.W., Washington, DC 20004

City: Washington    State: D.C.    Zip Code: 20004

Prisoner Inmate or A Number (if applicable):

**Signature** | /s/ Devin S. Anderson    **Date** 3/11/2020

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                 *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Joseph A. Kennedy

Name(s) of counsel (if any):

Devin S. Anderson, William K. Lane III, Emily Merki Long

Address: 1301 Pennsylvania Ave., N.W., Washington, DC 20004

Telephone number(s): 202-389-5198

Email(s): devin.anderson@kirkland.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Bremerton School District

Name(s) of counsel (if any):

Michael B. Tierney, Paul Correa

Address: 719 Second Ave., Suite 701, Seattle, WA 98104

Telephone number(s): 206-232-3074

Email(s): tierney@tierneylaw.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *1*                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Joseph A. Kennedy

Name(s) of counsel (if any):

Jeffrey Paul Helsdon

Address: 1201 Pacific Ave., Ste. 600, Tacoma, WA 98402

Telephone number(s): 253-564-1856

Email(s): jhelsdon@thehelsdonlawfirm.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *2*                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Joseph A. Kennedy

Name(s) of counsel (if any):

Hiram Sasser, Michael Berry

Address: 2001 West Plano Parkway, Ste. 1600, Plano, TX 75075

Telephone number(s): 972-941-6162

Email(s): hsasser@firstliberty.org; mberry@firstliberty.org

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

**<u>Appellees</u>**

Name(s) of party/parties:



Name(s) of counsel (if any):



Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:



Name(s) of counsel (if any):



Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 6**                              *2*                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Joseph A. Kennedy

Name(s) of counsel (if any):

Anthony J. Ferate

Address: 400 North Broadway Extension, Ste. 600, Oklahoma City, OK 73114

Telephone number(s): 405-844-9900

Email(s): ajferate@spencerfane.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ● No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 6**                    *2*                    *New 12/01/2018*