|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 21 2021 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| JOSEPH A. KENNEDY,<br><br>        Plaintiff-Appellant,<br><br>v.<br><br>BREMERTON SCHOOL DISTRICT,<br><br>        Defendant-Appellee. | No.   20-35222<br><br>D.C. No. 3:16-cv-05694-RBL<br>Western District of Washington,<br>Tacoma<br><br>ORDER |

Before: D.W. NELSON, M. SMITH, and CHRISTEN, Circuit Judges.

The parties are directed to file simultaneous briefs addressing whether this case should be reheard en banc. The briefs shall not exceed 15 pages or 4200 words and shall be filed within 21 days of the date of this order.