# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 16, 2021

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526


Re:   Joseph A. Kennedy
        v. Bremerton School District
        No. 21-418
        (Your No. 20-35222)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 14, 2021 and placed on the docket September 16, 2021 as No. 21-418.


Sincerely,

**Scott S. Harris**, Clerk

by

Jacob A. Levitan
Case Analyst