# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 29, 2022

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

      Re:   **Joseph A. Kennedy**
              **v. Bremerton School District**
              **No. 21-418 (Your docket No. 20-35222)**

Dear Clerk:

     Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                       Sincerely,

                       SCOTT S. HARRIS, Clerk

                       By

                       M. Altner
                       Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 29, 2022

Mr. Paul D. Clement, Esq.
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, NW
Washington, D.C. 20004

Mr. Richard Brian Katskee, Esq.
Americans United for Separation of Church and State
1310 L Street, N.W.
Suite 200
Washington, D.C. 20005

Re: Joseph A. Kennedy
v. Bremerton School District
No. 21-418

Dear Counsel:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Ninth Circuit.

The petitioner is given recovery of costs in this Court as follows:

| | |
|---|---|
| **Printing of record:** | $5,161.83 |
| **Clerk's costs:** | $300.00 |
| **Total:** | $5,461.83 |

This amount may be recovered from the respondent.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Judgments/Mandates Clerk

cc: Clerk, U.S. Court of Appeals for the Ninth Circuit
(Your docket No. 20-35222)

# Supreme Court of the United States

No. 21–418

**JOSEPH A. KENNEDY**

Petitioner

v.

**BREMERTON SCHOOL DISTRICT**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed with costs.

**IT IS FURTHER ORDERED** that the petitioner, Joseph A. Kennedy, recover from Bremerton School District, Five Thousand Four Hundred Sixty-one Dollars and Eighty-three Cents ($5,461.83) for costs herein expended.

June 27, 2022

| | |
|---|---|
| **Printing of record:** | $5,161.83 |
| **Clerk's costs:** | $300.00 |
| **Total:** | $5,461.83 |

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States