**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSEPH A. KENNEDY, *Plaintiff-Appellant*, v. BREMERTON SCHOOL DISTRICT, *Defendant-Appellee.* | No. 20-35222 D.C. No. 3:16-cv-05694-RBL ORDER |

On Remand from the United States Supreme Court

Filed August 8, 2022

Before: DOROTHY W. NELSON, MILAN D. SMITH, JR., and MORGAN CHRISTEN, Circuit Judges.

Order

2      KENNEDY V. BREMERTON SCHOOL DISTRICT

## ORDER

On June 27, 2022, the Supreme Court issued its opinion in this case, reversing our prior judgment in *Kennedy v. Bremerton Sch. Dist.*, 991 F.3d 1004 (9th Cir. 2021). *See Kennedy v. Bremerton Sch. Dist.*, 142 S. Ct. 2407 (2022). Therefore, we **VACATE** the district court's grant of summary judgment in favor of defendant and **REMAND** for further proceedings consistent with the Supreme Court's opinion. This order shall act as and for the mandate of this court.

**IT IS SO ORDERED.**