UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH A. KENNEDY,<br><br>    Plaintiff,<br><br>    v.<br><br>BREMERTON SCHOOL DISTRICT,<br><br>    Defendant. | Cause No. C16-5694RSL<br><br>ORDER |

This matter comes before the Court on the "Joint Status Report" submitted by the parties on August 25, 2022. Dkt. # 110. On June 27, 2022, the U.S. Supreme Court reversed the decision of the U.S. Court of Appeals for the Ninth Circuit and granted summary judgment to plaintiff on his First Amendment claims. *See Kennedy v. Bremerton Sch. Dist.*, __ U.S. __, 142 S.Ct. 2407, 2433 (2022). The remaining issues in this case are: (1) the form of the injunction and declaratory relief that should issue following summary judgment, including the timing of plaintiff's reinstatement and the details of the order requiring an accommodation for his exercise of his First Amendment rights; and (2) the award of plaintiff's attorneys' fees and costs.

ORDER - 1

The parties shall engage in settlement discussions regarding the remaining outstanding issues.[1] Within sixty days of the date of this Order, the parties shall file a stipulation regarding matters on which agreement has been reached and/or a motion for any requested, but opposed, relief. Any motion regarding disputed aspects of the relief or remedy shall be noted for consideration by the Court on the fourth Friday after filing.

Dated this 26th day of August, 2022.

Robert S. Lasnik
United States District Judge

---

[1] The settlement discussions must involve at least one face-to-face meeting or telephone conference between persons with authority to settle the case. The settlement discussions do not have to involve a third-party neutral at this point.

ORDER - 2