HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| JOSEPH A. KENNEDY,<br><br>            *Plaintiff*,<br><br>   v.<br><br>BREMERTON SCHOOL DISTRICT,<br><br>            *Defendant*. | CASE NO. 3:16-CV-05694-RAJ<br><br>**JOINT STIPULATION** |

Pursuant to the Court's August 26, 2022 Order, the Parties submit the following stipulation:

1. Plaintiff Joseph Kennedy ("Kennedy") is entitled to declaratory relief consistent with the U.S. Supreme Court's opinion in this case. *The parties disagree on the specific wording of the declaratory relief.*

2. Kennedy is entitled to injunctive relief consistent with the U.S. Supreme Court's opinion in this case.

    a. Kennedy is to be reinstated to his previous position as assistant coach of the Bremerton High School football team on or before March 15, 2023. The

STIPULATION
(Case No. 3:16-CV-05694-RAJ) - Page 1

THE HELSDON LAW FIRM, PLLC
1201 Pacific Ave., Ste. 600
Tacoma, WA 98402
Tel: (253) 564-1856 • Fax: (253) 649-0903

      District may require Kennedy to complete all necessary hiring forms and certifications before allowing him to supervise players.

    b. Bremerton School District shall not interfere with or prohibit Kennedy from offering a prayer consistent with the U.S. Supreme Court's opinion. *The parties disagree on the specific wording of this portion of the injunction.*

    c. Bremerton School District must construe all District policies and procedures to permit the activity described above.

    d. Bremerton School District cannot retaliate against or take any future adverse employment action against Kennedy for conduct that complies with the terms of the Court's Order.

3. Kennedy is entitled to reasonable attorneys' fees and costs. Kennedy shall submit a fee application within 60 days of the Court's entry of Judgment.

4. The parties will file a joint submission on November 8, 2022, with each side's proposed wording on the disputed issues of the declaratory and injunctive relief and supporting arguments. Each side will be limited to no more than five pages, not including an attachment consisting of the full text of the party's proposed order. The submission will be noted for the Court's consideration on November 8, 2022.

STIPULATION
(Case No. 3:16-CV-05694-RAJ) - Page 2

THE HELSDON LAW FIRM, PLLC
1201 Pacific Ave., Ste. 600
Tacoma, WA 98402
Tel: (253) 564-1856 • Fax: (253) 649-0903

Dated:  October 25, 2022

Hiram Sasser (*pro hac vice*)
Michael Berry (*pro hac vice*)
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway, Suite 1600
Plano, TX 75075
Tel: (972) 941-6162
Fax: (972) 423-6162
hsasser@firstliberty.org
mberry@firstliberty.org

Anthony J. Ferate (*pro hac vice*)
SPENCER FANE LLP
9400 Broadway Ext, Suite 600
Oklahoma City, OK 73114
Tel: (405) 753-5939
AJFerate@spencerfane.com

Respectfully submitted,

/s/ *Devin S. Anderson*
Devin S. Anderson (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 389-5198
Fax: (202) 389-5200
devin.anderson@kirkland.com

Andrew C. Lawrence (*pro hac vice*)
CLEMENT & MURPHY PLLC
706 Duke St.
Alexandria, VA 22314
Tel: (202) 742-8900
andrew.lawrence@clementmurphy.com

Jeffrey Paul Helsdon
    WSBA No. 17479
THE HELSDON LAW FIRM, PLLC
1201 Pacific Ave., Ste. 600
Tacoma, WA 98402
Tel: (253) 564-1856
Fax: (253) 649-0903
jhelsdon@thehelsdonlawfirm.com

*Counsel for Plaintiff Joseph A. Kennedy*

Paul Correa
TIERNEY & CORREA, P.C.
719 2nd Avenue
Suite 701
Seattle, WA 98104
Tel: (206) 232-3074
Fax: (206) 232-3076
correa@tierneylaw.com

/s/ *Michael Tierney*
Michael Barry Tierney
TIERNEY & CORREA, P.C.
719 2nd Avenue
Suite 701
Seattle, WA 98104
Tel: (206) 232-3074
Fax: (206) 232-3076
tierney@tierneylaw.com

*Counsel for Defendant Bremerton School District*

STIPULATION
(Case No. 3:16-CV-05694-RAJ) - Page 3

THE HELSDON LAW FIRM, PLLC
1201 Pacific Ave., Ste. 600
Tacoma, WA 98402
Tel: (253) 564-1856 • Fax: (253) 649-0903

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2022, the foregoing document was served via electronic filing on all counsel of record in this case.

                                        /s/ *Devin S. Anderson*
                                        Counsel for Plaintiff

STIPULATION
(Case No. 3:16-CV-05694-RAJ) - Page 4

THE HELSDON LAW FIRM, PLLC
1201 Pacific Ave., Ste. 600
Tacoma, WA 98402
Tel: (253) 564-1856 • Fax: (253) 649-0903