UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH A. KENNEDY,<br><br>           Plaintiff,<br><br>     v.<br><br>BREMERTON SCHOOL DISTRICT,<br><br>           Defendant. | No. 3:16-cv-05694-RSL<br><br>ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE |

The Court has appointed United States Chief Magistrate Judge J. Richard Creatura to act as settlement judge in this matter. The Court hereby directs counsel to contact Judge Creatura's In-Court Deputy, Kelly Miller at Kelly_Miller@wawd.uscourts.gov, to schedule the conference in this matter.

DATED this 9th day of December, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge