UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH A. KENNEDY,

    Plaintiff,

  v.

BREMERTON SCHOOL DISTRICT,

    Defendant.

No. 3:16-cv-05694-RSL

MINUTE ORDER

The following Minute Order is made and entered at the direction of the Honorable Robert S. Lasnik, United States District Judge:

By agreement of the parties, the deadline for Plaintiff Joseph A. Kennedy to submit a fee application is stayed pending the settlement conference in this matter.

DATED this 9th day of December, 2022.

RAVI SUBRAMANIAN,
Clerk of Court

*/s/ Victoria Ericksen*
By Victoria Ericksen
Deputy Clerk to Hon. Robert S. Lasnik
victoria_ericksen@wawd.uscourts.gov

MINUTE ORDER – 1