UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH A KENNEDY,

                Plaintiff,

    v.

BREMERTON SCHOOL DISTRICT,

                Defendant.

CASE NO. 3:16-cv-05694-RSL

ORDER SETTING SETTLEMENT CONFERENCE

This matter is before the Court on referral from the district court for purposes of conducting a settlement conference. *See* Dkt. 117. The settlement conference shall be held in-person on February 1, 2023, at 9:00 a.m. P.S.T. in Courtroom D. The Court will extend the conference if necessary.

The parties are ordered to **each** submit to this Court's chambers, but not file, a settlement memo no later than 4:30 p.m., **January 23, 2023.** Each settlement memo shall be no longer than ten (10) pages, double-spaced. The parties are allowed to submit attachments to the memo but should include only those attachments critical to the explanation provided in the memo. **The**

1    **memos are to be exchanged between the parties** and, at a minimum, include (1) the last

2    demand and offer exchanged between the parties; and (2) the status of any outstanding motions

3    or issues. These materials may be emailed to fernando_nunez@wawd.uscourts.gov.

4         Parties are instructed to ensure the attendance of a person with authority to settle the case

5    on the date of the scheduled settlement conference.

6         Dated this 28th day of December, 2022.

7

8    J. Richard Creatura
     Chief United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER SETTING SETTLEMENT CONFERENCE - 2