UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH A. KENNEDY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BREMERTON SCHOOL DISTRICT,<br><br>　　　　Defendant. | NO. C16-5694RSL<br><br>ORDER APPOINTING U.S. MAGISTRATE JUDGE THERESA FRICKE AS SETTLEMENT JUDGE |

　　　The Court has appointed U.S. Magistrate Judge Theresa Fricke to act as settlement judge in this matter. The Court hereby directs counsel to contact Judge Fricke's In-Court Deputy Gayle Riekena at Gayle_Riekena@wawd.uscourts.gov to schedule a settlement conference.

　　　DATED this 17th day of January, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER APPOINTING U.S. MAGISTRATE JUDGE THERESA FRICKE AS SETTLEMENT JUDGE