```
                  UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF WASHINGTON
                          IN TACOMA

-----------------------------------------------------------

JOSEPH A. KENNEDY,              )
                                )
          Plaintiff,            )   No. CV16-5694RSL-TLF
                                )
  v.                            )
                                )
BREMERTON SCHOOL DISTRICT,      )
                                )
          Defendant.            )

-----------------------------------------------------------

                  TRANSCRIPT OF PROCEEDINGS

-----------------------------------------------------------


                     February 23, 2023


           BEFORE THE HONORABLE THERESA L. FRICKE
              UNITED STATES MAGISTRATE COURT JUDGE
```

```
APPEARANCES:

For the Plaintiff:       Jeffrey Helsdon
                         THE HELSDON LAW FIRM

                         Bradley Hubbard
                         GIBSON DUNN & CRUTCHER

                         Andrew Lawrence
                         CLEMENT & MURPHY

                         Anthony Ferate
                         FERATE

                         Brian Sasser
                         FIRST LIBERTY INSTITUTE

For the Defendant:       Michael Tierney
                         TIERNEY & CORREA

                         Susannah Carr
                         GORDON TILDEN THOMAS CORDELL
```

*Proceedings stenographically reported and transcript produced with computer-aided technology*

*Barry L. Fanning, RMR, CRR – Official Court Reporter*
*(206) 370-8507 Barry_Fanning@WAWD.uscourts.gov*
*1717 Pacific Ave – Tacoma, WA 98402*

03:22:47PM

| | | |
|---|---|---|
| 03:22:47PM | 1 | **THE CLERK:** Good afternoon. United States |
| 03:22:48PM | 2 | District Court for the Western District of Washington is |
| 03:22:50PM | 3 | now in session, the Honorable Theresa L. Fricke presiding. |
| 03:22:55PM | 4 | **THE COURT:** This is Joseph A. Kennedy, plaintiff, |
| 03:22:58PM | 5 | versus Bremerton School District, defendant, case |
| 03:23:01PM | 6 | No. 16-5694RSL. Would the parties please introduce |
| 03:23:07PM | 7 | yourselves for the record, starting with plaintiffs's |
| 03:23:12PM | 8 | counsel? |
| 03:23:14PM | 9 | **MR. HELSDON:** Good afternoon, your Honor. Jeff |
| 03:23:16PM | 10 | Helsdon. |
| 03:23:19PM | 11 | **MR. SASSER:** This is Hiram Sasser. |
| 03:23:22PM | 12 | **MR. FERATE:** Good afternoon, your Honor. This is |
| 03:23:22PM | 13 | A.J. Ferate. |
| 03:23:26PM | 14 | **MR. LAWRENCE:** Good afternoon. This is Andrew |
| 03:23:28PM | 15 | Lawrence. |
| 03:23:30PM | 16 | **MR. HUBBARD:** Good afternoon. This is Bradley |
| 03:23:34PM | 17 | Hubbard. |
| 03:23:36PM | 18 | **MR. KENNEDY:** This is Joe Kennedy. |
| 03:23:47PM | 19 | **THE COURT:** And for the defense? |
| 03:23:50PM | 20 | **MR. TIERNEY:** Good afternoon. This is Michael |
| 03:23:53PM | 21 | Tierney for the Bremerton School District. |
| 03:24:00PM | 22 | **MS. CARR:** Susannah Carr for the Bremerton School |
| 03:24:05PM | 23 | District. |
| 03:24:12PM | 24 | **MR. TIERNEY:** Do you want the non-attorneys to |
| 03:24:15PM | 25 | identify themselves? |

```
03:24:17PM   1              THE COURT:  Yes, whoever is on the call from the
03:24:21PM   2    Bremerton School District.
03:24:22PM   3              MS. COLOSKY:  Donna Colosky, interim
03:24:31PM   4    superintendent of Bremerton School District.
03:24:33PM   5              THE COURT:  I will ask our court reporter to
03:24:36PM   6    introduce yourself for the record and confirm whether you
03:24:38PM   7    were able to hear everyone.
03:24:38PM   8              COURT REPORTER:  This is Barry Fanning, court
03:25:08PM   9    reporter.  Yes, I can hear everyone just fine.
03:25:08PM  10              THE COURT:  This case has been referred to my
03:25:13PM  11    court from the Honorable Robert S. Lasnik.  Judge Lasnik
03:25:21PM  12    had ordered on November 10th, 2022, at Docket 116, relief
03:25:33PM  13    was granted for declaratory and injunctive relief, and
03:25:37PM  14    also that the plaintiff is entitled to recover reasonable
03:25:44PM  15    attorney fees and costs under 42, United States Code,
03:25:50PM  16    Section 1988(b), as well as 42, United States Code,
03:25:55PM  17    Sections 2000(e) through 5(k).
03:26:00PM  18         The parties convened to address all of the various
03:26:05PM  19    issues as part of the settlement conference, and the Court
03:26:09PM  20    is happy to announce that the parties have achieved a
03:26:12PM  21    settlement.
03:26:15PM  22         The essential terms of the settlement are as follows:
03:26:20PM  23    After I make the statement for the record about the
03:26:22PM  24    essential terms, I will be asking the lead attorneys for
03:26:26PM  25    each party to confirm that I have accurately stated the
```

| | |
|---|---|
| 03:26:31PM  1 | essential terms. |
| 03:26:32PM  2 | The amount of attorneys' fees that was agreed upon is |
| 03:26:38PM  3 | in the amount of $1,775,000.  The amount will be paid with |
| 03:26:50PM  4 | an initial payment of $500,000, that will be split into a |
| 03:26:57PM  5 | first payment of $300,000, that would be due within |
| 03:27:03PM  6 | 30 days of the date that the school board approves the |
| 03:27:07PM  7 | settlement.  Then, there would be another $200,000 of that |
| 03:27:15PM  8 | $500,000 initial payment due 30 days after the first |
| 03:27:22PM  9 | payment of $300,000. |
| 03:27:25PM 10 | The parties have agreed that the settlement agreement |
| 03:27:30PM 11 | would be presented at the March 16th school board meeting |
| 03:27:36PM 12 | for the board's approval. |
| 03:27:39PM 13 | After that initial $500,000 payment, as I said would |
| 03:27:46PM 14 | be split into two parts, then the balance of the total |
| 03:27:51PM 15 | amount would be paid in eight payments quarterly, |
| 03:27:58PM 16 | beginning after the payment of $200,000, and every three |
| 03:28:07PM 17 | months thereafter. |
| 03:28:09PM 18 | There would also be a stipulated order presented to |
| 03:28:13PM 19 | Judge Lasnik.  That would be an order dismissing with |
| 03:28:18PM 20 | prejudice all remaining claims, and that the plaintiff is |
| 03:28:21PM 21 | releasing the defendants from remaining claims. |
| 03:28:25PM 22 | Those are the essential terms of the agreement for |
| 03:28:32PM 23 | this $1,775,000 settlement as to attorneys' fees. |
| 03:28:40PM 24 | At this point, I will ask first the lead attorneys |
| 03:28:46PM 25 | for plaintiff, which would be, I believe, Mr. Sasser and |

```
03:28:57PM   1   Mr. Helsdon.  Can you confirm those are the essential
03:29:01PM   2   terms of the parties settlement?
03:29:03PM   3           MR. SASSER:  Your Honor, this is Hiram Sasser.  I
03:29:06PM   4   just wanted to add the phrase "in equal installments," as
03:29:14PM   5   to the amounts -- the quarterly payments.  They would be
03:29:17PM   6   in amounts that are equal to each other, equal
03:29:20PM   7   installments.  But, otherwise, it's good with me.
03:29:26PM   8           THE COURT:  All right.  And then I will ask the
03:29:28PM   9   same question of Mr. Tierney and Ms. Carr, who were the
03:29:34PM  10   lead attorneys in the settlement negotiations on behalf of
03:29:40PM  11   the defendant.
03:29:41PM  12      With the friendly amendment that Mr. Sasser has
03:29:44PM  13   offered about equal payments for the quarterly amounts, is
03:29:49PM  14   this an accurate statement of what the parties have agreed
03:29:52PM  15   to in their settlement agreement?
03:29:54PM  16           MR. TIERNEY:  Yes, your Honor.  This is Michael
03:29:56PM  17   Tierney.  That is an accurate statement of the terms.  I
03:30:05PM  18   would add just one thing, that is just sort of implied,
03:30:09PM  19   the parties are going to draft a settlement agreement -- a
03:30:12PM  20   written settlement agreement and execute it for
03:30:15PM  21   presentation to the school board that contains these terms
03:30:20PM  22   and whatever other terms are necessary to tie things up.
03:30:26PM  23           THE COURT:  Very well.  I think that is what the
03:30:30PM  24   parties have agreed to.  Mr. Sasser, you are also in
03:30:33PM  25   agreement that the party will be reducing this to writing,
```

```
03:30:37PM   1   correct?
03:30:38PM   2           MR. SASSER:  Yes, your Honor.
03:30:39PM   3           THE COURT:  All right.  With that, the Court will
03:30:44PM   4   commend the parties, and I will state my appreciation for
03:30:48PM   5   the work that all of you have put into this case from
03:30:51PM   6   start to finish, and for the patience and good faith and
03:30:57PM   7   collaborative environment of the settlement negotiations.
03:31:00PM   8   I appreciate all of you.
03:31:02PM   9       The Court then will close this hearing, and I would
03:31:08PM  10   expect that the parties will be in touch with one another
03:31:11PM  11   to prepare the written settlement agreement, the proposed
03:31:15PM  12   stipulated order for Judge Lasnik, and that this case will
03:31:20PM  13   go forward in accordance with everything the parties have
03:31:26PM  14   agreed to.
03:31:26PM  15           Thank you, everyone.  The Court is now in recess.
03:31:29PM  16           MR. TIERNEY:  Thank you, your Honor.
03:31:34PM  17           MS. CARR:  Thank you, your Honor.
            18                   (Proceedings concluded.)
            19
            20
            21
            22
            23
            24
            25
```

```
 1                    C E R T I F I C A T E
 2
 3
 4      I, Barry Fanning, Official Court Reporter for the
 5   United States District Court, Western District of
 6   Washington, certify that the foregoing is a true and
 7   correct transcript from the record of proceedings in the
 8   above-entitled matter.
 9
10
11
12   _____
     /s/ Barry Fanning
13   Barry Fanning, Court Reporter
```

*Barry L. Fanning, RMR, CRR - Official Court Reporter*
*Suite 17205 - 700 Stewart St. - Seattle, WA 98101*